IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:12-cv-00087-D

| | |
|---|---|
| MATT JENKINS ) | |
| ) | |
| Plaintiff, ) | **DEFENDANT'S MOTION FOR** |
| ) | **EXTENSION OF TIME TO ANSWER** |
| vs. ) | **PLAINTIFF'S COMPLAINT** |
| ) | |
| NATIONWIDE CREDIT INC. ) | |
| ) | |
| Defendant. ) | |

NOW COMES the Defendant Nationwide Credit Inc., by and through counsel, and hereby moves this Court to extend the time to answer Plaintiff's Complaint in this action thirty (30) days through and including April 25, 2012.

In support of this Motion, the movant shows unto the Court the following:

1. The time for answering the Plaintiff's Complaint has not expired and the current deadline is March 26, 2012;

2. The movant needs additional time to investigate the facts of the matter and respond to the Complaint; and

3. Counsel for Plaintiff does not oppose this motion.

**WHEREFORE**, the defendant respectfully requests that the Court grant this Motion For An Extension of Time To Answer Plaintiff's Complaint up to and including April 25, 2012.

This the 26th day of March, 2012.

/s/ Caren D. Enloe
Caren D. Enloe
N.C. State Bar No. 17394
Attorneys for Defendant Nationwide Credit Inc.

Of MORRIS MANNING & MARTIN, LLP
Post Office Box 12768
Research Triangle Park, NC 27709
Telephone: (919)806-2969
Facsimile: (919)806-2057
cenloe@mmmlaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:12-cv-00087-D**

| | |
|---|---|
| MATT JENKINS )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NATIONWIDE CREDIT INC. )<br>)<br>Defendant. ) | **CERTIFICATE OF SERVICE** |

Caren D. Enloe, attorney for the Defendant Nationwide Credit Inc., certifies that she served the foregoing **Motion To Extend Time to Answer Plaintiff's Complaint** on the following parties this 26th day of March, 2012 electronically via CM/ECF as follows:

    Andrew LeLiever
    LeLiever Law, P.A.
    5 W. Hargett St., Suite 210
    Raleigh NC 27601
    lelieverlaw@hotmail.com
    Attorneys for Plaintiff

This the 26th day of March, 2012

        /s/ Caren D. Enloe
        Caren D. Enloe
        N.C. State Bar No. 17394
        Attorneys for Defendant Nationwide Credit Inc.
        Of MORRIS MANNING & MARTIN, LLP
        Post Office Box 12768
        Research Triangle Park, NC 27709
        Telephone: (919)806-2969
        Facsimile: (919)806-2057
        cenloe@mmmlaw.com