# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# CIVIL ACTION NO. 5:12-cv-00087-D

| | |
|---|---|
| MATT JENKINS ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| NATIONWIDE CREDIT INC. ) | |
| ) | |
| Defendant. ) | |

Upon good cause shown, the Motion for Extension of Time is granted and it is ordered that the time for the Defendant Nationwide Credit Inc. to serve an Answer to Plaintiff's Complaint is extended up to and including April 25, 2012.

IT IS SO ORDERED, this the ___ day of _____, 2012.

_____