IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-87-D

MATT JENKINS,                              )
                                           )
                    Plaintiff,             )
                                           )
        v.                                 )          **ORDER**
                                           )
NATIONWIDE CREDIT, INC.,                   )
                                           )
                    Defendant.             )


James T. Ward, Sr., the chapter 7 trustee for Matthew Alan Jenkins ("Jenkins") in case

number 12-50413 (the "Trustee"), currently pending before the United States Bankruptcy Court for

the Western District of North Carolina, filed a motion to intervene [D.E. 11]. For good cause, the

motion is GRANTED.

SO ORDERED. This **29** day of June 2012.


                                    _____
                                    JAMES C. DEVER III
                                    Chief United States District Judge